JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In The Matter of the Arbitration Between:<br><br>REFUAH HEALTH CENTER,<br><br>Petitioner,<br><br>- and -<br><br>AMERICAN CUSTOM COACH, INC.,<br><br>Respondent. | Case No. CV11 01804 DMG (DTBx)<br><br>**FINAL JUDGMENT [16]** |

Having considered the Stipulation for Entry of Judgment between Refuah Health Center and American Custom Coach, Inc., and good cause appearing therefor,

The Court hereby ORDERS, ADJUDGES AND DECREES:

1. Judgment is entered in favor of petitioner Refuah Health Center ("Refuah") and against respondent American Custom Coach, Inc. ("ACC"), on the Petition to Confirm Arbitration Award.

2. ACC shall pay Refuah the sum of One Hundred Ninety-Two Thousand, Five Hundred Seventy-Six Dollars and Eighty-Seven Cents ($192,576.87).

3. Refuah shall recover the costs of suit.

IT IS SO ORDERED.

Dated: June 17, 2011

_____
DOLLY M. GEE
United States District Judge

[PROPOSED] FINAL JUDGMENT